# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand and twenty-six,

---

Nathaniel Sterling, by and through his next friend, Simone Johnson-Henderson,

Petitioner - Appellant,

v.

Todd Blanche, United States Attorney General, Markwayne Mullin, Secretary of Homeland Security, David J. Venturella, Acting Director, Immigration and Customs Enforcement, Floyd Cleveland, Hartford Field Office Assistant Director, Immigration and Customs Enforcement,

Respondents - Appellees.

---

**ORDER**
Docket No. 26-1724

Appellant moves to waive Local Rule 34.1(c) to allow two law students to divide oral argument.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe